**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jaceta Anya STREETER, a.k.a.**
**Star, Defendant–Appellant.**

**No. 06–11426**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 16, 2007.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

David A. Taylor, W. Charles Fletcher, Jacksonville, FL, for Defendant–Appellant.

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Jaceta Streeter on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Streeter's revocation of supervised release and sentence are **AFFIRMED.**